.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**Jacob Francis,**

    **Plaintiff,**

        v.

**Case No.   2:19-CV-1554**

**City of Athens et al.,**

**Judge Michael H. Watson**
**Magistrate Judge Elizabeth Preston Deavers**

    **Defendant.**

[ ]  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**   This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed November 30th, 2020, judgment is entered. The Court **DISMISSES WITHOUT PRJUDICE** Plaintiff's state-law battery claims.
Date:   November 30, 2020

        **Richard W. Nagel, Clerk of Court**

        By: _____s/ Donald A Fitzgerald III_____
            Donald A Fitzgerald III, Deputy Clerk